ASSOCIATED MUTUAL INSURANCE COMPANY, as Subrogee of ANTHONY T. WASZKIELEWICZ, Respondent, v GERALD MALACHOWSKI et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 29.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.